## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:   Case No. 19-31583 | ) |
| | ) |
| RAMON LEE, | ) |
| | ) |
| Debtor, | ) |
| | ) BK No. 19-31583 |
| THE ILLINOIS DEPARTMENT OF | ) |
| EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 20-00049 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Jack B. Schmetterer |
| | ) |
| RAMON LEE, | ) |
| | ) |
| Defendant. | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified

Complaint herein and after such hearing the court makes the following finds of fact and conclusions of

law.

## FINDINGS OF FACT

1. The defendant, RAMON LEE, was employed by Restaurant Personnel, for the weeks

ending May 6, 2017 through August 12, 2017.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decisions.

3. During the same periods of time the defendant applied for and received unemployment

benefits totaling $4,283.00.

4. During the same period of time the defendant made the representation he was not

employed in his application for unemployment benefits.

5. The defendant did not report his employment or his earnings during these periods.

6. As of _April 8, 2020_, the sum of $3,737.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $4,283.00 in unemployment benefits to which he was not entitled.

2. As of _April 8, 2020_, the defendant is indebted to plaintiff in the sum of $3,737.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter:

Dated:

4/21/20